DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN BILLINGSLEY,**
Appellant,

v.

**ROODY NUMA,**
Appellee.

No. 4D2024-2585

[November 20, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Shari Africk-Olefson, Judge; L.T. Case No. CACE22-015219.

Annabel C. Majewski of Wasson & Associates, Miami, and Leonard Caracappa of Irwin Ast, P.A., Miami, for appellant.

Michael H. Galex of Fields Howell, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***